No. 99–9563. In re Jeffs. Petition for writ of prohibition denied.

No. 99–1864. Hunt, Governor of North Carolina, et al. v. Cromartie et al.; and

No. 99–1865. Smallwood et al. v. Cromartie et al. Appeals from D. C. E. D. N. C. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 133 F. Supp. 2d 407.

No. 99–1551. Semtek International Inc. v. Lockheed Martin Corp. Ct. Sp. App. Md. Certiorari granted.

No. 99–1571. TrafFix Devices, Inc. v. Marketing Displays, Inc. C. A. 6th Cir. Certiorari granted.

No. 99–1408. Atwater et al. v. City of Lago Vista et al. C. A. 5th Cir. Motions of American Civil Liberties Union of Texas, Inc., Texas Criminal Defense Lawyers Association, and National Association of Criminal Defense Lawyers et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 99–1687. Bartnicki et al. v. Vopper, aka Williams, et al.; and

No. 99–1728. United States v. Vopper, aka Williams, et al. C. A. 3d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 200 F. 3d 109.

No. 99–1702. Texas v. Cobb. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Motions of Criminal Justice Legal Foundation, National Association of Police Organizations et al., and Texas District and County Attorneys Association et al. for leave to file briefs as *amici curiae* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition.